In re:  Case No. 20-02542-RNO

June Laurie Reich  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Sep 29, 2020 | Form ID: ntcnfhrg | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | June Laurie Reich, 111 Merlin Rd.,, Greeley, PA 18425-9662 |
| 5354326 | + | American Express, Customer Service, P.O. Box 981535, El Paso, TX 79998-1535 |
| 5354327 | + | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 5359855 |   | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5354328 | + | Best Buy Credit Services, PO Box 790441, St. Louis, MO 63179-0441 |
| 5354331 | + | CCB/BBBMC, P.O. Box 182120, Columbus, OH 43218-2120 |
| 5354333 | + | Citibank, 701 E. 60th St. N., Sioux Falls, SD 57104-0493 |
| 5354334 | + | Citibank/The Home Depot, 701 E. 60th St. N., Sioux Falls, SD 57104-0432 |
| 5354335 | + | Citicards, Box 6500, Sioux Falls, SD 57117-6500 |
| 5354343 |   | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5354344 | + | First Premier Bank, Collections Dept., P.O. Box 5519, Sioux Falls, SD 57117-5519 |
| 5354346 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5354348 | + | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 5355780 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5354350 | + | Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |
| 5354351 | + | Odpt/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5354353 | + | Rocket Loans, 1001 Woodward, Suite 1750, Detroit, MI 48226-1904 |
| 5354359 |   | Synchrony Bank/PPC, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5354362 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept., P.O. Box 8026, Cedar Rapids, IA 52408 |
| 5360664 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5356776 |   | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5354363 | + | Wells Fargo Card Services, P.O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2020 19:34:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5354330 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2020 19:19:00 | CB/King Size, PO Box 182789, Columbus, OH 43218-2789 |
| 5354329 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 29 2020 19:34:56 | Capital One Bank, P.O. Box 85147, Richmond, VA 23276-0001 |
| 5358562 |   | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 29 2020 19:35:18 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5354332 | + | Email/Text: bzern@celticbank.com | Sep 29 2020 19:20:00 | Celtic Bank, 268 South State St., Salt Lake City, UT 84111-5314 |
| 5354336 |   | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2020 19:19:00 | Comenity Bank.Bed Bath Beyond, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5354337 |   | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 29 2020 19:19:00 | Comenity Bank/Lane Bryant, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 5354338 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2020 19:19:00 | Comenity Bank/Roaman's, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5354339 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2020 19:19:00 | Comenity Bank/Sony Visa, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 5354340 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 29 2020 19:34:32 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5354341 | | Email/Text: mrdiscen@discover.com | Sep 29 2020 19:19:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |
| 5354342 | | Email/Text: mrdiscen@discover.com | Sep 29 2020 19:19:00 | Discover, P.O. Box 32911, Columbus, OH 43232 |
| 5356226 | | Email/Text: mrdiscen@discover.com | Sep 29 2020 19:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5361588 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 29 2020 19:34:54 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5354347 | + | Email/Text: bk@lendingclub.com | Sep 29 2020 19:20:00 | Lending Club, 71 Stevenson St., Ste. 300, San Francisco, CA 94105-2985 |
| 5354349 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 29 2020 19:34:54 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5354352 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 29 2020 19:34:30 | Ollo Card Services, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 5361596 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 29 2020 19:20:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5354588 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2020 19:34:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5354354 | | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2020 19:35:18 | Synchrony Bank/Amazon.com, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5354355 | | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2020 19:35:17 | Synchrony Bank/Ebay, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 5354356 | | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2020 19:34:54 | Synchrony Bank/HSN, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 5354357 | | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2020 19:35:18 | Synchrony Bank/JTV, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5354358 | | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2020 19:35:18 | Synchrony Bank/Pay Pal, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 5354360 | | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2020 19:34:54 | Synchrony Bank/QVC Card, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5354361 | | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2020 19:34:30 | Synchrony Bank/Vine, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5360663 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5354345 | *+ | June Laurie Reich, 111 Merlin Rd.,,, Greeley, PA 18425-9662 |

District/off: 0314-5  User: AutoDocke  Page 3 of 3
Date Rcvd: Sep 29, 2020  Form ID: ntcnfhrg  Total Noticed: 48
TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2020  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 June Laurie Reich tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT | | |
|---|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | | |
| In re: | | |
| June Laurie Reich,<br>aka June L. Reich, aka June Reich,<br><br>**Debtor 1** | Chapter | 13 |
| | Case No. | 5:20−bk−02542−RNO |

# Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **October 28, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: November 4, 2020<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 29, 2020 |

ntcnfhrg (03/18)