**LOCAL BANKRUPTCY FORM 9013-3**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER __13__ |
| JUNE LAURIE REICH, | : | |
| | : | CASE NO. _5_-_20_-bk-_02542-HWV_ |
| | : | |
| **Debtor(s)** | : | |
| TOYOTA MOTOR CREDIT CORPORATION, | : | ADVERSARY NO. ___-___-ap-_____ |
| | : | (if applicable) |
| | : | |
| **Plaintiff(s)/Movant(s)** | : | |
| vs. | : | Nature of Proceeding: Hearing re: |
| JUNE LAURIE REICH, and | : | |
| JACK N ZAHAROPOULOS, Trustee, | : | Motion for Relief from Automatic Stay |
| Respondents | : | |
| | : | |
| **Defendant(s)/Respondent(s)** | : | Document #: 30, 31 |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**[1]

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Parties are currently in the process of resolving the Motion for Relief from Stay filed by Toyota Motor Credit Corporation and agree to request a continuance from this Honorable Court of the hearing currently scheduled for Thursday, June 24, 2021 at 9:30 AM.

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: June 23, 2021

/s/ Keri P. Ebeck

Attorney for Toyota Motor Credit Corporation

Name: Keri P. Ebeck, Esq.

Phone Number: (412) 456-8112

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.