# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>JUNE LAURIE REICH, | : | CHAPTER __13__ |
| | : | CASE NO. _5_-_20_-bk-_02542_ |
| **Debtor(s)**<br>TOYOTA MOTOR CREDIT CORPORATION, | : | ADVERSARY NO. ___-___-ap<br>(if applicable) |
| **Plaintiff(s)/Movant(s)**<br>vs.<br>JUNE LAURIE REICH, and<br>JACK N ZAHAROPOULOS, Trustee, | : | Nature of Proceeding: Hearing<br><br>Pleading: Motion for Relief |
| **Defendant(s)/Respondent(s)** | : | Document #: 30, 31 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☑ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
   ☑ Thirty (30) days.
   ☐ Forty-five (45) days.
   ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: June 23, 2021     /s/ Keri P. Ebeck
                        Attorney for Toyota Motor Credit Corporation

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.