# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9ᵀᴴ AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

March 19, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

**In Re: June Reich**
**Chapter 13 Bankruptcy**
**Case No. 5:20-02542**

Dear Sir/Madam:

I have received returned mail for Toyota Financial Security, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was PO Box 15012 Chandler, AZ 85344-5012. The correct information is as follows:

Toyota Financial Security
Attn: Bankruptcy Dept.
P.O. Box 22171
Tempe, AZ 85285

I served the Motion to Suspend Temporary Trustee Payments at the above address on February 29ᵗʰ, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

/s/ Tullio DeLuca, Esquire

TD/as