UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

JUNE REICH
* Debtor(s)

Case Number: 5-20-02542
Chapter: 13

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Notice and Motion to Suspend Trustee Payments was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: March 21, 2024

SIGNED: *[signature]*

TITLE: /s/Legal Assistant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
JUNE REICH :
:
:
:
: CASE NO. 5-20-02542

***

JUNE REICH :
        MOVANT :
  VS. :
JACK N. ZAHAROPOULOS ESQ. :
        RESPONDENT :

***

## MOTION TO SUSPEND TEMPORARILY TRUSTEE PAYMENTS

***

AND NOW COMES, the Debtor, June Reich, by and through her attorney, Tullio DeLuca, Esquire, and respectfully represents:

1. That the Debtor filed a Chapter 13 Petition on August 26, 2020.

2. That Debtor's Chapter 13 Plan provides for monthly payments of $1,215.00 to the Chapter 13 Trustee to pay attorney and Trustee fees and secured creditors.

3. Debtor has had a temporary stoppage of her retirement income.

4. Therefore, Debtor is not in a position to make the Trustee payments until her immediate problem stabilizes and regains income to satisfy the Chapter 13 Plan.

5. In light of the above Debtor requests a Temporary Suspension of her Trustee payments for a period of three (3) months or earlier starting in the month of March 2024. If Debtor's immediate problem stabilizes, Debtor will commence Trustee payments sooner.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order allowing for a suspension of Trustee's monthly payments for a period of at least three (3) months and directing the Debtor to commence making monthly payments sooner if Debtor's immediate problem stabilizes.

Respectfully submitted,

Dated: March 21, 2024	/s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID # 59887
381 N. 9th Avenue
Scranton, Pa 18504
(570) 347-7764
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
****************************************************************
IN RE:                              :    CHAPTER 13
JUNE REICH                          :
                                    :
            Debtor(s)               :    CASE NO. 5-20-02542
****************************************************************
JUNE REICH                          :
            MOVANT                  :
      VS.                           :
JACK N. ZAHAROPOULOS, ESQ.          :
            RESPONDENT               :
****************************************************************
```

## ORDER

****************************************************************

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Amended Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtor's Amended Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from March 2024 through May 2024 due to a decrease in monthly income and it is further ordered that if the Debtor's problem resolves prior to the three (3) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*****************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JUNE REICH | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5-20-02542 |

*****************************************************************

| | | |
|---|---|---|
| JUNE REICH | : | |
| MOVANT | : | |
| VS. | : | |
| JACK N. ZAHAROPOULOS, ESQ. | : | |
| RESPONDENT | : | |

*****************************************************************

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST
*****************************************************************

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **April 11, 2024** If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: March 21, 2024                                Clerk, U.S. Bankruptcy Court
                                                    197 South Main Street
Tullio DeLuca, Esquire                              Wilkes-Barre, PA  18701
PA ID# 59887
Attorney for Debtors/Movants
381 N. 9th Avenue
Scranton, PA 18504

American Express
Customer Service
P.O. Box 981535
El Paso, TX 79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Best Buy Credit Services PO Box 790441
St. Louis, MO 63179-0441

CB/King Size
PO Box 182789
Columbus, OH 43218-2789

CCB/BBBMC
P.O. Box 182120
Columbus, OH 43218-2120

Capital One Bank
P.O. Box 85147
Richmond, VA 23276-0001

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Celtic Bank
268 South State St.
Salt Lake City, UT 84111-5314

Citibank
701 E. 60th St. N.
Sioux Falls, SD 57104-0493

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Citibank/The Home Depot
701 E. 60th St. N.
Sioux Falls, SD 57104-0432

Citicards
Box 6500
Sioux Falls, SD 57117-6500

Comenity Bank.Bed Bath Beyond
Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218-2125

Comenity Bank/Lane Bryant
Bankruptcy Department
P.O. Box 183043
Columbus, OH 43218-3043

Comenity Bank/Roaman's
Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218-2125

Comenity Bank/Sony Visa
Bankruptcy Department
P.O. Box 183043
Columbus, OH 43218-3043

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Discover
P.O. Box 32911
Columbus, OH 43232

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Keri P Ebeck
Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

Fair Square Financial LLC
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

First Premier Bank
Collections Dept.
P.O. Box 5519
Sioux Falls, SD 57117-5519

First Premier Bank
P.O. Box 5524
Sioux Falls, SD 57117-5524

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lending Club
71 Stevenson St., Ste. 300
San Francisco, CA 94105-2985

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Mariner Finance
8211 Town Center Dr.
Nottingham, MD 21236-5904

Mariner Finance, LLC
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236-5904

Merrick Bank
P.O. Box 9201
Old Bethpage, NY 11804-9001

| | | |
|---|---|---|
| Mr. Cooper<br>8950 Cypress Waters Blvd.<br>Dallas, TX 75019-4620 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619096<br>Dallas, TX 75261-9096 | Odpt/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| Ollo Card Services<br>P.O. Box 9222<br>Old Bethpage, NY 11804-9222 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC<br>Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Rocket Loans<br>1001 Woodward<br>Suite 1750<br>Detroit, MI 48226-1904 | Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Amazon.com<br>Attn: Bankruptcy Dept<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Ebay<br>Attn: Bankruptcy Dept.<br>P.O. Box 965064<br>Orlando, FL 32896-5064 |
| Synchrony Bank/HSN<br>Attn: Bankruptcy Dept.<br>PO Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/JTV<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/PPC<br>Attn: Bankruptcy Dept<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Pay Pal<br>Attn: Bankruptcy Dept.<br>P.O. Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/QVC Card<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Vine<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |
| James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106-1541 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Card Services<br>P.O. Box 10347<br>Des Moines, IA 50306-0347 |
| JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | PRA Receivables Management LLC<br>POB 41607<br>Norfolk, VA 23514-1500 | Synchrony Bank by AIS InfoSource<br>LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118-7901 |

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main St
Wilkes Barre, PA 18701-1500