# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

April 2, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        **In Re: June Reich**
        **Chapter 13 Bankruptcy**
        **Case No. 5:20-02542**

Dear Sir/Madam:

    I have received returned mail for Toyota Motor Credit Corporation, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was PO Box 8026 Cedar Rapids, IA 52408-8026. The correct information is as follows:

        Toyota Motor Credit Corporation
        PO Box 259001
        Plano, TX 75025-9001

    I served the Motion to Suspend Temporary Trustee Payments at the above address on March 21st, 2024. Please correct the mailing matrix.

    Thank you for assistance in this matter.

                Very truly yours,

                /s/ Tullio DeLuca, Esquire

TD/as