United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-02542-MJC
June Laurie Reich  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4
Date Rcvd: Apr 18, 2024      Form ID: pdf010      Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | June Laurie Reich, 111 Merlin Rd.,, Greeley, PA 18425-9662 |
| 5354331 | + | CCB/BBBMC, P.O. Box 182120, Columbus, OH 43218-2120 |
| 5354346 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5354353 | + | Rocket Loans, 1001 Woodward, Suite 1750, Detroit, MI 48226-1904 |
| 5354362 | + | Toyota Financial Security, Attn: Bankruptcy Dept., P.O. Box 22171, Tempe, AZ 85285-2171 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2024 18:49:38 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2024 18:49:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5354326 | + | Email/PDF: bncnotices@becket-lee.com | Apr 18 2024 18:49:33 | American Express, Customer Service, P.O. Box 981535, El Paso, TX 79998-1535 |
| 5354327 | + | Email/PDF: bncnotices@becket-lee.com | Apr 18 2024 18:49:33 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 5359855 | | Email/PDF: bncnotices@becket-lee.com | Apr 18 2024 18:49:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5354328 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2024 18:49:32 | Best Buy Credit Services, PO Box 790441, St. Louis, MO 63179-0441 |
| 5354330 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 18 2024 18:46:00 | CB/King Size, PO Box 182789, Columbus, OH 43218-2789 |
| 5354329 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2024 18:49:44 | Capital One Bank, P.O. Box 85147, Richmond, VA 23276-0001 |
| 5358562 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2024 18:49:32 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5354332 | + | Email/Text: bzern@celticbank.com | Apr 18 2024 18:47:00 | Celtic Bank, 268 South State St., Salt Lake City, UT 84111-5314 |
| 5354333 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2024 18:49:45 | Citibank, 701 E. 60th St. N., Sioux Falls, SD 57104-0432 |
| 5368692 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2024 18:49:32 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5354334 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2024 18:49:38 | Citibank/The Home Depot, 701 E. 60th St. N., Sioux Falls, SD 57104-0432 |
| 5354335 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2024 18:49:32 | Citicards, Box 6500, Sioux Falls, SD 57117-6500 |
| 5354336 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 18 2024 18:46:00 | Comenity Bank.Bed Bath Beyond, Bankruptcy |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5354337 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 18 2024 18:46:00 | Comenity Bank/Lane Bryant, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 5354338 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 18 2024 18:46:00 | Comenity Bank/Roaman's, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5354339 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 18 2024 18:46:00 | Comenity Bank/Sony Visa, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 5354340 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 18 2024 18:49:29 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5354341 | Email/Text: mrdiscen@discover.com | Apr 18 2024 18:46:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |
| 5354342 | + Email/Text: mrdiscen@discover.com | Apr 18 2024 18:46:00 | Discover, 502 E. Market Street, Greenwood, DE 19950-9700 |
| 5356226 | Email/Text: mrdiscen@discover.com | Apr 18 2024 18:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5361588 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 18 2024 18:49:38 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5354343 | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 18 2024 18:49:29 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5354344 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 18 2024 18:49:43 | First Premier Bank, Collections Dept., P.O. Box 5519, Sioux Falls, SD 57117-5519 |
| 5369382 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2024 18:49:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5354347 | + Email/Text: Documentfiling@lciinc.com | Apr 18 2024 18:46:00 | Lending Club, 71 Stevenson St., Ste. 300, San Francisco, CA 94105-2985 |
| 5365187 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 18 2024 18:49:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5354348 | + Email/Text: bankruptcy@marinerfinance.com | Apr 18 2024 18:46:00 | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 5355780 | + Email/Text: bankruptcy@marinerfinance.com | Apr 18 2024 18:46:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5354349 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 18 2024 18:49:29 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5354350 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 18 2024 18:46:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |
| 5371785 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 18 2024 18:46:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5354351 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2024 18:49:32 | Odpt/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5354352 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 18 2024 18:49:37 | Ollo Card Services, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 5475933 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2024 18:49:44 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5475934 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2024 18:49:45 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5368681 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2024 18:49:31 | Portfolio Recovery Associates, LLC, POB 12914, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 5369341 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2024 18:49:31 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5361596 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 18 2024 18:47:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5368682 | | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2024 18:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5368683 | | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2024 18:46:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5354588 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 18 2024 18:49:32 | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5354354 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 18 2024 18:49:28 | Synchrony Bank/Amazon.com, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5354355 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 18 2024 18:49:32 | Synchrony Bank/Ebay, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 5354356 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 18 2024 18:49:43 | Synchrony Bank/HSN, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 5354357 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 18 2024 18:49:43 | Synchrony Bank/JTV, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5354359 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 18 2024 18:49:37 | Synchrony Bank/PPC, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5354358 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 18 2024 18:49:28 | Synchrony Bank/Pay Pal, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 5354360 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 18 2024 18:49:37 | Synchrony Bank/QVC Card, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5354361 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 18 2024 18:49:44 | Synchrony Bank/Vine, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5360664 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 18 2024 18:46:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5356776 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 18 2024 18:49:32 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5354363 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 18 2024 18:49:43 | Wells Fargo Card Services, P.O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 54

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5360663 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5354345 | *+ | June Laurie Reich, 111 Merlin Rd.,, Greeley, PA 18425-9662 |
| 5369337 | *+ | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2024   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com cistewart@logs.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mfarrington@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 June Laurie Reich tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE: : CHAPTER 13
JUNE LAURIE REICH :
 :
DEBTOR : CASE NO. 5:20-BK-02542-MJC
 :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JUNE LAURIE REICH :
 MOVANT :
 VS. :
JACK N. ZAHAROPOULOS, TRUSTEE :
 RESPONDENT :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, Dkt. # 53 ("Motion"), after notice and service to creditors and parties in interest under Fed. R. Bankr. P. 9013, and no responses having been filed thereto, it is hereby

**ORDERED** that the Motion is **GRANTED** and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from March 2024 through May 2024 due to a temporary stoppage of retirement income; and it is further

**ORDERED** that if the Debtor's immediate problem stablizes prior to the three (3) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 18, 2024