# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

June 4, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        **In Re: June Reich**
        **Chapter 13 Bankruptcy**
        **Case No. 5:20-02542**

Dear Sir/Madam:

I have received returned mail for Capital One Bank, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was PO Box 85147, Richmond, VA 23276-0001. The correct information is as follows:

        Capital One Bank
        1680 Capital One Drive
        McLean, VA 22102-3491

I served the Motion to Suspend Temporary Trustee Payments at the above address on February 29th, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/as