UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
JUNE LAURIE REICH : CASE NO. 5-20-02542
 :
                     Debtor : CHAPTER 13
*************************************************************************
TOYOTA MOTOR CREDIT CORP. :
 :
                     Movant, :
  vs. :
 :
JUNE LAURIE REICH :
                     Respondents. :
*********************************************************** **************************

**OBJECTION TO CERTIFICATION OF DEFAULT**
*********************************************************************************

NOW COMES, June Laurie Reich, the above Debtor, by and through her counsel, Tullio DeLuca, Esq., and files this Objection to Certification of Default and states the following:

     1. On June 02, 2021, Movant filed a Motion for Relief from the Automatic Stay due to a default in monthly payments.

     2. On August 27, 2024, Movant filed a Certificate of Default stating that the Debtor has failed to cure the arrears.

     3. Debtor Counsel in attempting to contact the Debtor to ascertain if payments were made and/or if Debtor is in possession of payments to cure the alleged default.

     4. The Debtor requests that a hearing be scheduled on the Objection to the Certificate of Default.

     WHEREFORE, the Debtor respectfully requests that this Honorable Court sustain the Objection to the Certification of Default and deny the granting of relief from the automatic stay.

                                                 Respectfully submitted,

Date: August 29, 2024         /s/Tullio DeLuca
                                       Tullio DeLuca, Esquire

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JUNE LAURIE REICH | : | CASE NO. 5-20-02542 |
| | : | |
| Debtor | : | CHAPTER 13 |

*************************************************************************

| | | |
|---|---|---|
| TOYOTA MOTOR CREDIT CORP. | : | |
| | : | |
| Movant, | : | |
| vs. | : | |
| | : | |
| JUNE LAURIE REICH | : | |
| Respondents. | : | |

*************************************************************************

## CERTIFICATE OF SERVICE
*************************************************************************

The undersigned hereby certifies that on August 29, 2024 he caused a true and correct copy of Debtor's Objection to Certification of Default to be served Via electronic filing on the following CM/ECF participants:

    Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

    Keri P. Ebeck, Esq. at kebeck@bernsteinlaw.com

Date of Mailing: August 29, 2024    /s/Tullio DeLuca
    Tullio DeLuca, Esquire