United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-02542-MJC
June Laurie Reich  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5　　　　　　　　　　　　　　　User: AutoDocke　　　　　　　　　　　　　　　Page 1 of 4
Date Rcvd: Aug 30, 2024　　　　　　　　　　　　Form ID: pdf010　　　　　　　　　　　　　　Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol　　　Definition**

+　　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | June Laurie Reich, 111 Merlin Rd.,, Greeley, PA 18425-9662 |
| 5354331 | + | CCB/BBBMC, P.O. Box 182120, Columbus, OH 43218-2120 |
| 5354353 | + | Rocket Loans, 1001 Woodward, Suite 1750, Detroit, MI 48226-1904 |
| 5354362 | + | Toyota Financial Security, Attn: Bankruptcy Dept., P.O. Box 22171, Tempe, AZ 85285-2171 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2024 18:53:52 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2024 18:54:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5354326 | + | Email/PDF: bncnotices@becket-lee.com | Aug 30 2024 18:54:55 | American Express, Customer Service, P.O. Box 981535, El Paso, TX 79998-1535 |
| 5354327 | + | Email/PDF: bncnotices@becket-lee.com | Aug 30 2024 18:54:29 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 5359855 | | Email/PDF: bncnotices@becket-lee.com | Aug 30 2024 18:54:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5354328 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2024 18:53:58 | Best Buy Credit Services, PO Box 790441, St. Louis, MO 63179-0441 |
| 5354330 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 30 2024 18:39:00 | CB/King Size, PO Box 182789, Columbus, OH 43218-2789 |
| 5354329 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2024 18:54:28 | Capital One Bank, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 5358562 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2024 18:54:46 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5354332 | + | Email/Text: bzern@celticbank.com | Aug 30 2024 18:39:00 | Celtic Bank, 268 South State St., Salt Lake City, UT 84111-5314 |
| 5354333 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2024 18:53:59 | Citibank, 701 E. 60th St. N., Sioux Falls, SD 57104-0432 |
| 5368692 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2024 18:54:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5354334 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2024 18:54:29 | Citibank/The Home Depot, 701 E. 60th St. N., Sioux Falls, SD 57104-0432 |
| 5354335 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2024 18:54:55 | Citicards, Box 6500, Sioux Falls, SD 57117-6500 |
| 5354336 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 30 2024 18:39:00 | Comenity Bank.Bed Bath Beyond, Bankruptcy Department, P.O. Box 182125, Columbus, OH |

| | | | | |
| --- | --- | --- | --- | --- |
| 5354337 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 30 2024 18:39:00 | Comenity Bank/Lane Bryant, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 5354338 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 30 2024 18:39:00 | Comenity Bank/Roaman's, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5354339 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 30 2024 18:39:00 | Comenity Bank/Sony Visa, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 5354340 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 30 2024 18:53:48 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5354341 | | Email/Text: mrdiscen@discover.com | Aug 30 2024 18:39:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |
| 5354342 | + | Email/Text: mrdiscen@discover.com | Aug 30 2024 18:39:00 | Discover, 502 E. Market Street, Greenwood, DE 19950-9700 |
| 5356226 | | Email/Text: mrdiscen@discover.com | Aug 30 2024 18:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5361588 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 30 2024 18:43:00 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5354343 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 30 2024 18:55:14 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5354344 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 30 2024 18:54:28 | First Premier Bank, Collections Dept., P.O. Box 5519, Sioux Falls, SD 57117-5519 |
| 5354346 | | Email/Text: tullio.deluca@verizon.net | Aug 30 2024 18:39:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5369382 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2024 18:54:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5354347 | + | Email/Text: Documentfiling@lciinc.com | Aug 30 2024 18:39:00 | Lending Club, 71 Stevenson St., Ste. 300, San Francisco, CA 94105-2985 |
| 5365187 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 30 2024 18:53:47 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5354348 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 30 2024 18:39:00 | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 5355780 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 30 2024 18:39:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5354349 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 30 2024 18:54:29 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5354350 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 30 2024 18:39:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |
| 5371785 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 30 2024 18:39:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5354351 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2024 18:54:02 | Odpt/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5354352 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 30 2024 18:54:22 | Ollo Card Services, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 5475933 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2024 18:54:25 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5475934 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2024 18:53:45 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5368681 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2024 18:54:55 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5369341 | + | Email/PDF: resurgentbknotifications@resurgent.com Aug 30 2024 18:54:03 | | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5361596 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 30 2024 18:39:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5368682 | | Email/Text: bnc-quantum@quantum3group.com | Aug 30 2024 18:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5368683 | | Email/Text: bnc-quantum@quantum3group.com | Aug 30 2024 18:39:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5354588 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 30 2024 18:54:36 | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5354354 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2024 18:55:05 | Synchrony Bank/Amazon.com, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5354355 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2024 18:54:22 | Synchrony Bank/Ebay, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 5354356 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2024 18:54:00 | Synchrony Bank/HSN, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 5354357 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2024 18:54:22 | Synchrony Bank/JTV, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5354359 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2024 18:54:32 | Synchrony Bank/PPC, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5354358 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2024 18:54:36 | Synchrony Bank/Pay Pal, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 5354360 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2024 18:54:28 | Synchrony Bank/QVC Card, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5354361 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2024 18:55:01 | Synchrony Bank/Vine, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5360664 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com Aug 30 2024 18:39:00 | | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5356776 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 30 2024 18:53:57 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5354363 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 30 2024 18:54:00 | Wells Fargo Card Services, P.O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 55

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5360663 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5354345 | *+ | June Laurie Reich, 111 Merlin Rd.,, Greeley, PA 18425-9662 |
| 5369337 | *+ | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 01, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com  cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Tullio DeLuca | on behalf of Debtor 1 June Laurie Reich tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| June Laurie Reich, | : | Case No. 5:20-bk-02542-MJC |
| | : | |
| Debtor. | : | |

## ORDER

Upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, Dkt. # 65 ("Motion"), and after notice and service to creditors and parties in interest under Fed. R. Bankr. P. 9013, it is hereby

**ORDERED** that the Motion is **GRANTED** and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from August 2024 through October 2024 due to an increase in expenses; and it is further

**ORDERED** that if the Debtor's immediate problem stabilizes prior to the three (3) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 30, 2024