United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                       Case No. 20-02542-MJC
June Laurie Reich                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                      User: AutoDocke                                        Page 1 of 4
Date Rcvd: May 01, 2025                Form ID: ordsmiss                               Total Noticed: 63

The following symbols are used throughout this certificate:
**Symbol     Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | June Laurie Reich, 111 Merlin Rd.,, Greeley, PA 18425-9662 |
| cr | + | c/o Resurgent Capita Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5354353 | + | Rocket Loans, 1001 Woodward, Suite 1750, Detroit, MI 48226-1904 |
| 5354362 | + | Toyota Financial Security, Attn: Bankruptcy Dept., P.O. Box 22171, Tempe, AZ 85285-2171 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | May 01 2025 22:43:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | May 01 2025 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5354326 | + | Email/PDF: bncnotices@becket-lee.com | May 01 2025 18:51:02 | American Express, Customer Service, P.O. Box 981535, El Paso, TX 79998-1535 |
| 5354327 | + | Email/PDF: bncnotices@becket-lee.com | May 01 2025 18:51:03 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 5359855 | | Email/PDF: bncnotices@becket-lee.com | May 01 2025 18:50:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5354328 | + | EDI: CITICORP | May 01 2025 22:43:00 | Best Buy Credit Services, PO Box 790441, St. Louis, MO 63179-0441 |
| 5354330 | + | EDI: WFNNB.COM | May 01 2025 22:43:00 | CB/King Size, PO Box 182789, Columbus, OH 43218-2789 |
| 5354331 | + | EDI: WFNNB.COM | May 01 2025 22:43:00 | CCB/BBBMC, P.O. Box 182120, Columbus, OH 43218-2120 |
| 5354329 | + | EDI: CAPITALONE.COM | May 01 2025 22:43:00 | Capital One Bank, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 5358562 | | EDI: CAPITALONE.COM | May 01 2025 22:43:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5354332 | + | Email/Text: bzern@celticbank.com | May 01 2025 18:42:00 | Celtic Bank, 268 South State St., Salt Lake City, UT 84111-5314 |
| 5354333 | + | EDI: CITICORP | May 01 2025 22:43:00 | Citibank, 701 E. 60th St. N., Sioux Falls, SD 57104-0432 |
| 5368692 | | EDI: CITICORP | May 01 2025 22:43:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5354334 | + | EDI: CITICORP | May 01 2025 22:43:00 | Citibank/The Home Depot, 701 E. 60th St. N., Sioux Falls, SD 57104-0432 |
| 5354335 | + | EDI: CITICORP | May 01 2025 22:43:00 | Citicards, Box 6500, Sioux Falls, SD 57117-6500 |

| | | | | |
|---|---|---|---|---|
| 5354336 | | EDI: WFNNB.COM | May 01 2025 22:43:00 | Comenity Bank.Bed Bath Beyond, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5354337 | | EDI: WFNNB.COM | May 01 2025 22:43:00 | Comenity Bank/Lane Bryant, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 5354338 | | EDI: WFNNB.COM | May 01 2025 22:43:00 | Comenity Bank/Roaman's, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5354339 | | EDI: WFNNB.COM | May 01 2025 22:43:00 | Comenity Bank/Sony Visa, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 5354340 | + | Email/PDF: creditonebknotifications@resurgent.com | May 01 2025 18:50:58 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5354341 | | EDI: DISCOVER | May 01 2025 22:43:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |
| 5354342 | + | EDI: DISCOVER | May 01 2025 22:43:00 | Discover, 502 E. Market Street, Greenwood, DE 19950-9700 |
| 5356226 | | EDI: DISCOVER | May 01 2025 22:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5361588 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2025 18:50:56 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5354343 | | EDI: AMINFOFP.COM | May 01 2025 22:43:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5354344 | + | EDI: AMINFOFP.COM | May 01 2025 22:43:00 | First Premier Bank, Collections Dept., P.O. Box 5519, Sioux Falls, SD 57117-5519 |
| 5354346 | | Email/Text: tullio.deluca@verizon.net | May 01 2025 18:41:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5369382 | | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2025 18:51:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5354347 | + | EDI: LENDNGCLUB | May 01 2025 22:43:00 | Lending Club, 71 Stevenson St., Ste. 300, San Francisco, CA 94105-2985 |
| 5365187 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2025 18:51:10 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5354348 | + | Email/Text: bankruptcy@marinerfinance.com | May 01 2025 18:41:00 | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 5355780 | + | Email/Text: bankruptcy@marinerfinance.com | May 01 2025 18:41:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5354349 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2025 18:50:58 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5354350 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 01 2025 18:41:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |
| 5371785 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 01 2025 18:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5354351 | + | EDI: CITICORP | May 01 2025 22:43:00 | Odpt/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5354352 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2025 18:50:58 | Ollo Card Services, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 5475933 | | EDI: PRA.COM | May 01 2025 22:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5475934 | | EDI: PRA.COM | May 01 2025 22:43:00 | Portfolio Recovery Associates, LLC, PO Box |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5368681 | | EDI: PRA.COM | May 01 2025 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5369341 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2025 18:51:02 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5361596 | + | EDI: JEFFERSONCAP.COM | May 01 2025 22:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5368682 | | EDI: Q3G.COM | May 01 2025 22:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5368683 | | EDI: Q3G.COM | May 01 2025 22:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5660795 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2025 18:50:58 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5660794 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2025 18:51:02 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5354588 | + | EDI: AISACG.COM | May 01 2025 22:43:00 | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5354354 | | EDI: SYNC | May 01 2025 22:43:00 | Synchrony Bank/Amazon.com, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5354355 | | EDI: SYNC | May 01 2025 22:43:00 | Synchrony Bank/Ebay, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 5354356 | | EDI: SYNC | May 01 2025 22:43:00 | Synchrony Bank/HSN, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 5354357 | | EDI: SYNC | May 01 2025 22:43:00 | Synchrony Bank/JTV, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5354359 | | EDI: SYNC | May 01 2025 22:43:00 | Synchrony Bank/PPC, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5354358 | | EDI: SYNC | May 01 2025 22:43:00 | Synchrony Bank/Pay Pal, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 5354360 | | EDI: SYNC | May 01 2025 22:43:00 | Synchrony Bank/QVC Card, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5354361 | | EDI: SYNC | May 01 2025 22:43:00 | Synchrony Bank/Vine, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5360664 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 01 2025 18:41:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5683024 | | Email/PDF: bncnotices@becket-lee.com | May 01 2025 18:51:02 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5356776 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 01 2025 18:51:14 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5354363 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 01 2025 18:51:15 | Wells Fargo Card Services, P.O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 59

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5360663 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5354345 | *+ | June Laurie Reich, 111 Merlin Rd.,, Greeley, PA 18425-9662 |
| 5369337 | *+ | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Tullio DeLuca | on behalf of Debtor 1 June Laurie Reich tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| June Laurie Reich,<br>aka June L. Reich, aka June Reich, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:20−bk−02542−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*(signature)*

Mark J. Conway, United States Bankruptcy Judge

Dated: May 1, 2025

ordsmiss (05/18)