**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1   June Laurie Reich aka June L. Reich aka June Reich

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   20-02542 MJC

Official Form 410S1

# Notice of Mortgage Payment Change                                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC            **Court claim no**. (if known): 32

**Last 4 digits** of any number you use to identify the debtor's account: 0518

**Date of payment change:**
Must be at least 21 days after date of this notice            09/01/2022

**New total payment:**            $1150.30
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $446.26            New escrow payment:  $ 320.81

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%            New interest rate: _____%

   Current principal and interest payment: $_____   New principal and interest payment: $_____

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____            New mortgage payment: $ _____

| Debtor(s) | June Laurie Reich | Case number (*if known*) 20-02542 MJC |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Rebecca A. Solarz    Date July 15, 2022
Signature

Print:   Rebecca A. Solarz    Title  Attorney for Creditor
         First Name   Middle Name   Last Name

Company:  KML Law Group, P.C.

Address:  701    Market Street, Suite 5000
          Number   Street
          Philadelphia,        PA    19106
          City                 State  ZIP Code

Contact phone  (215) 627–1322    Email  rsolarz@kmllawgroup.com