# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** June Laurie Reich aka June L. Reich aka June Reich<br>      **Debtor(s)**<br><br>**Nationstar Mortgage LLC**<br>      **Movant**<br>vs.<br><br>**June Laurie Reich aka June L. Reich aka June Reich**<br>      **Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>      **Trustee** | **BK NO. 20-02542 MJC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 32** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 20, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
June Laurie Reich aka June L. Reich aka June Reich
111 Merlin Road
Greeley, PA 18425

<u>Attorney for Debtor(s)</u>
Tullio DeLuca, Esq.
381 N. 9th Street (VIA ECF)
Scranton, PA 18504

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>July 20, 2022</u>

                   **/s/Rebecca A. Solarz Esquire**
                   Rebecca A. Solarz Esquire
                   KML Law Group, P.C.
                   BNY Mellon Independence Center
                   701 Market Street, Suite 5000
                   Philadelphia, PA 19106
                   215-627-1322
                   rsolarz@kmllawgroup.com